IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>**BK RACING, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No: 18-30241 |
| **MATTHEW W. SMITH, Chapter 11 Trustee for BK RACING, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**RONALD C. DEVINE** *et al*.<br><br>Defendants. | Adversary Proceeding No.: 20-03014 |

## CONSENT MOTION FOR EXTENSION OF TIME

NOW COMES the plaintiff, Matthew W. Smith (the "Plaintiff"), by and through undersigned counsel, and hereby moves the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time for above-captioned defendants (the "Defendants"), to respond to Plaintiff's Complaint through and including April 30, 2020. Plaintiff hereby consents to the requested extension of time.

WHEREFORE, Plaintiff prays the Court for an extension of time within which the Defendants may respond to Plaintiff's Complaint up to and including April 30, 2020.

Dated:  Charlotte, North Carolina
April 15, 2020

                                                **MOON WRIGHT & HOUSTON, PLLC**
                                                */s/ Andrew T. Houston*
                                                Andrew T. Houston (NC Bar No. 36208)
                                                121 W. Trade Street, Suite 1950
                                                Charlotte, NC  28202
                                                Telephone: (704) 944-6560
                                                *Attorneys for the Plaintiff*

MWH: 10530.001; 00022567.1