

FILED & JUDGMENT ENTERED
Steven T. Salata

April 15 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **In re:** <br><br> **BK RACING, LLC,** <br><br> Debtor. | Chapter 11 <br><br> Case No: 18-30241 |
| **MATTHEW W. SMITH, Chapter 11 Trustee for BK RACING, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **RONALD C. DEVINE** *et al*. <br><br> Defendants. | Adversary Proceeding No.: 20-03014 |

### *EX PARTE* ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER

THIS CAUSE came on to be heard by the undersigned United States Bankruptcy Judge upon the *Consent Motion for Extension of Time* filed by Plaintiff on April 15, 2020.

FOR CAUSE SHOWN, it is ORDERED that the time for the Defendants to respond to Plaintiff's Complaint is hereby extended through and including April 30, 2020.

| | |
|---|---|
| *This Order has been signed electronically.* <br> *The Judge's signature and Court's seal* <br> *appear at the top of this Order.* | *United States Bankruptcy Court* |

MWH: 10530.001; 00022567.1